No. 86–6627.   MAGEE v. BORG, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–6628.   PILON v. RAY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–6632.   FIGUEROA v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 86–6635.   SPIVEY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–6636.   WATSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–6639.   FLOWERS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–6640.   HARRISON v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 86–6643.   HOWARD ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 86–6644.   MARTINEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–6649.   ZOGHEIB v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–6650.   JOHNSON v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6656.   FLIPPINS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–6657.   BRANSFORD v. BROWN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–6658.   GISPERT v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–6660.   PHIPPS v. KEOHANE ET AL.   C. A. 6th Cir.   Certiorari denied.